IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00031-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SYDESSAH NYESSAH LEWIS,

      Defendant.

---

## ORDER SETTING TRIAL DATE

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **March 3, 2006** and responses to these motions shall be filed by **March 17, 2006**.  It is

      FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, April 7, 2006 at 4:30 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

      FURTHER ORDERED that a four-day jury trial is set for **April 17, 2006 at 1:30 p.m.**

      DATED: February 8, 2006          BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____

                                              Phillip S. Figa
                                              United States District Judge