IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00031-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SYDESSAH NYESSAH LEWIS,

    Defendant.

---

## ORDER RE MOTION FOR STAY

---

    This matter is before the Court on Defendant's Motion for Stay Pending Appeal (Dkt. # 28). The Court hereby ORDERS that the Government respond to this motion no later than **5:00 p.m. on Monday, August 7, 2006**.

    IT IS FURTHER ORDERED that Defendant Lewis may remain out on bond and this Court's Order to Surrender in Lieu of Transportation by the United States Marshal (Dkt. # 23) is STAYED pending determination of this motion.

    DATED: July 28, 2006

                                           BY THE COURT:

                                           *s/ Phillip S. Figa*
                                           _____
                                           Phillip S. Figa
                                           United States District Judge