IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00031-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SYDESSAH NYESSAH LEWIS,

    Defendant.

---

### ORDER TO SET HEARING
---

    This matter is before the Court on the defendant's Motion for Stay Pending Appeal (Dkt. # 28) and the Government's Response (Dkt. # 31). The Court hereby ORDERS that a hearing has been set to address this matter on **Wednesday, August 9, 2006 at 3:00 p.m.**

    DATED: August 4, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge