IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00031-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SYDESSAH NYESSAH LEWIS,

    Defendant.

## ORDER TO CONTINUE HEARING

The Government's Motion to Continue Hearing Concerning Motion for Stay (Dkt. # 33) is GRANTED. The Court hereby

ORDERS that the hearing currently set for August 9, 2006 is CONTINUED and is reset for **Tuesday, August 22, 2006 at 9:00 a.m.**

DATED: August 7, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge