**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00031-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SYDESSAH NYESSAH LEWIS,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **Motion To Request Minute Entry as to Bureau of Prisons Designation** [#50], filed July 9, 2007. The motion is **DENIED**. The placement of prisoners is a matter solely within the discretion of the Federal Bureau of Prisons. *See* **18 U.S.C. §§ 3621(b)**. Therefore, I am without authority to grant the relief defendant seeks by this motion. *See Goldings v. Winn*, 383 F.3d 17, 33 (1st Cir. 2004) (citing cases); ***United States v. Williams***, 65 F.3d 301, 307 (2nd Cir. 1995); ***United States v. Lazo-Herrera***, 927 F.Supp. 1472, 1472-73 (D. Kan. 1996).

    Dated: July 16, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.